| | |
|---|---|
| 1 | HARMEET K. DHILLON (SBN: 207873) |
| 2 | harmeet@dhillonlaw.com |
|   | MARK P. MEUSER (SBN: 231335) |
| 3 | mmeuser@dhillonlaw.com |
| 4 | GREGORY R. MICHAEL (SBN: 306814) |
| 5 | gmichael@dhillonlaw.com |
|   | DHILLON LAW GROUP INC. |
| 6 | 177 Post Street, Suite 700 |
| 7 | San Francisco, California 94108 |
|   | Telephone: (415) 433-1700 |
| 8 | Facsimile: (415) 520-6593 |

| ROBERT DUNN (SBN: 275600) | RYAN J. WALSH (pro hac vice pending) |
| rdunn@eimerstahl.com | rwalsh@eimerstahl.com |
| EIMER STAHL LLP | JOHN K. ADAMS (pro hac vice pending) |
| 99 South Almaden Blvd., Suite 662 | jadams@eimerstahl.com |
| San Jose, CA 95113 | AMY C. MILLER (pro hac vice pending) |
| (669) 231-8755 | amiller@eimerstahl.com |
| | EIMER STAHL LLP |
| | 10 East Doty Street, Suite 800 |
| | Madison, WI 53703 |
| | (608) 441-5798 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW BRACH,** *et al.* | Case No.: 2:20-cv-06472 DDP (AFMx) |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | **[F.R.C.P. Rule 65(a)]** |
| **GAVIN NEWSOM**, *et al.* | Judge: Hon. Dean D. Pregerson |
| Defendants. | Hearing: August 31, 2020 |
| | Time:   10:00 a.m. |
| | Room:   9th Floor, Courtroom 9C |

1



Notice of Motion and Motion for Preliminary Injunction    Case No. 2:20-cv-06472


TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on August 31, 2020 at 10:00 a.m., in Courtroom 9c of the above-entitled Court located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiffs MATTHEW BRACH, JESSE PETRILLA, LACEE BEAULIEU, ERICA SEPHTON, KENNETH FLEMING, JOHN ZIEGLER, ALISON WALSH, ROGER HACKETT, CHRISTINE RUIZ, Z.R., a minor, MARIANNA BEMA, ASHLEY RAMIREZ, TIFFANY MITROWKE, ADE ONIBOKUN, and BRIAN HAWINS (hereinafter collectively "Plaintiffs") will and herby move this Court pursuant to Federal Rules of Civil Procedure Rule 65(a) for a preliminary injunction, enjoining Defendants from enforcing the directives of the California Department of Public Health prohibiting schools in California from reopening, and requiring distance learning only, unless the school is located in local health jurisdiction that has not been on the county monitoring list within the prior 14 days or receives a waiver form their local health officer.

This Motion is based upon this Notice of Motion; the attached Memorandum of Points and Authorities; the Declarations of Mark Meuser, Jayanta Bhattacharya, Scott Atlas, James Lyons-Weiler, Sean Kaufman, Charles Cicchetti, Mark McDonald, Robert Hamilton, Jeff Barke, Kelly Victory, Mary Sutton, Ric Addison, Mari Barke, Reardon, Anna Walker, Alison Keech, Geena Burgess, Colleen Cunningham, Damien Giap, Michelle Gerst, Rachelle Golden, Matthew Brach, Jesse Petrilla, Lacee Beauleieu, Erica Sephton, Kenneth Fleming, John Ziegler, Alison Walsh, Roger Hackett, Christine Ruiz, Marianna Bema, Ashley Ramirez, Tiffany Mitrowke, Ade Onibokun, and Brian Hawkins; and all pleadings on file in this action and upon such other matters as the Court may allow to be presented at the time of hearing on this matter.

///
///
///
///




1 | This Motion is made following the conference of counsel that occurred on July 29, 2020.

Date: July 30, 2020

Respectfully submitted,

DHILLON LAW GROUP INC.

By: /s/ Harmeet K. Dhillon
Harmeet K. Dhillon
Mark P. Meuser
Gregory R. Michael
Michael Yoder (pro hac vice pending)

EIMER STAHL LLP
Robert Dunn
Ryan J. Walsh (pro hac vice pending)
John K. Adams (pro hac vice pending)
Amy C. Miller (pro hac vice pending)

Attorneys for Plaintiffs

