HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

ROBERT DUNN (SBN: 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
99 South Almaden Blvd., Suite 662
San Jose, CA 95113
(669) 231-8755

RYAN J. WALSH (pro hac vice pending)
rwalsh@eimerstahl.com
JOHN K. ADAMS (pro hac vice pending)
jadams@eimerstahl.com
AMY C. MILLER (pro hac vice pending)
amiller@eimerstahl.com
EIMER STAHL LLP
10 East Doty Street, Suite 800
Madison, WI 53703
(608) 441-5798

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW BRACH,** *et al.*<br><br>Plaintiffs,<br>v.<br>**GAVIN NEWSOM**, *et al.*<br>Defendants. | Case No.: 2:20-CV-06472-SVW-AFM<br><br>**SUPPLEMENTAL DECLARATION OF DR. JAYANTA BHATTACHARYA IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:  Hon. Stephen V. Wilson<br>Courtroom: 10A |

1



Supp. Decl. of Dr. Jayanta Bhattacharya ISO TRO          Case No. 2:20-cv-06472

Jayanta Bhattacharya declares, pursuant to 28 U.S.C. § 1746:

1. I am a resident of Los Altos, California, I am 52-years-old, and I am competent to render this declaration.

2. I previously filed a declaration in this case in support of Plaintiff's application for a temporary restraining order, and my background and education are detailed in that declaration. *See* Dkt. 28-3 ¶¶ 2–15.

**New Scientific Evidence Confirms that School Closures are Harmful to Children and the Risk of Child Transmission and Infection is Negligible**

3. Since my initial declaration in this case, I have identified several new studies related to the safety of school reopening. All of this evidence confirms the major thesis of my declaration – opening schools can be done safely, children play a negligible role in disease spread to adults, and the mortality risk from COVID-19 infection is small in children.

4. One of the largest studies in the world on coronavirus in schools, carried out in 100 institutions in the UK, recently confirmed that "there is very little evidence that the virus is transmitted" in schools.[1] Indeed, the president of the Royal College of Pediatrics and Child Health and a member of the government advisory group Sage confirmed that "there is very little evidence that the virus is transmitted in schools" based on this extensive study. *Id*.

5. A study of 23 family disease clusters in Greece, published on Aug. 7th in the *Journal of Medical Virology*, found that in 91% of the clusters, an adult was the first person to be infected. Their contact tracing effort attempted to clarify the direction of disease spread by careful questioning about the relative timing of the development of

---

[1] Sian Griffiths, *Pupils pose little risk of spreading COVID*, The Sunday Times (Aug. 9, 2020), available at https://www.thetimes.co.uk/article/pupils-pose-no-risk-of-spreading-covid-27q6zfd9l.



Supp. Decl. of Dr. Jayanta Bhattacharya ISO TRO        Case No. 2:20-cv-06472

symptoms. They found no evidence of either child to adult spread, or even of child to child spread. They concluded that "[w]hile children become infected by SARS- CoV- 2, they do not appear to transmit infection to others. Furthermore, children more frequently have an asymptomatic or mild course compared to adults."[2]

6. Contrary to the anecdotes and newspaper articles cited by the Defendants, the overwhelming bulk of scientific studies that have examined the topic – including the best studies, which take pains to distinguish correlation from causation – find that children play a limited role in spreading COVID-19 infection to adults and that children themselves face minimal risk of poor outcomes if they should become infected.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Dated: August 12, 2020

DocuSigned by:
_____
Jayanta Bhattacharya, M.D., Ph.D.

---

[2] Helena C. Maltezou Rengina Vorou Kalliopi Papadima, et al. (2020) "Transmission dynamics of SARS- CoV- 2 within families with children in Greece: a study of 23 clusters" Journal of Medical Virology, https://doi.org/10.1002/jmv.26394 (accessed August 12, 2020).

3



Supp. Decl. of Dr. Jayanta Bhattacharya ISO TRO         Case No. 2:20-cv-06472