| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JENNIFER G. PERKELL<br>Supervising Deputy Attorney General |
| 3 | DARIN L. WESSEL, State Bar No. 176220 |
| 4 | JENNIFER A. BUNSHOFT, State Bar No. 197306<br>Deputy Attorneys General |
| 5 | 600 West Broadway, Suite 1800<br>San Diego, CA 92101 |
| 6 | P.O. Box 85266<br>San Diego, CA 92186-5266 |
| 7 | Telephone:  (619) 738-9125<br>Fax:  (619) 645-2012 |
| 8 | E-mail:  Darin.Wessel@doj.ca.gov<br>*Attorneys for Defendants* |
| 9 | *Gavin Newsom, in his official capacity as the Governor of California, Xavier Becerra in his* |
| 10 | *official capacity as the Attorney General of California, Sonia Y. Angell, M.D., in her official* |
| 11 | *capacity as the State Public Health Officer and Director of the Department of Public Health and* |
| 12 | *Tony Thurmond, in his official capacity as State Superintendent of Public Instruction and Director* |
| 13 | *of Education* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – FIRST STREET COURTHOUSE

| | |
|---|---|
| **MATTHEW BRACH, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:20-cv-06472 SVW (AFMx)<br><br>**STATE DEFENDANTS' RESPONSE TO NOTICE OF RELATED CASE (ECF NO. 53); DECLARATION OF DARIN L. WESSEL**<br><br>Date:<br>Time:<br>Courtroom:  10A - Telephonic<br>Judge:  The Honorable Stephen V. Wilson<br>Trial Date:  Not set<br>Action Filed:    7/21/2020 |

**TO THE COURT:**

On the afternoon of August 25, 2020, proposed Amicus Curiae Educators for Safe School Opening filed a Notice of Related Case advising the Court and the parties of the prior similar case, *Brach, et al., v. Newsom, et al.*, No. 2:20-CV-06469 (C.D. Cal. Jul. 21, 2020). ECF No. 53; Decl. D. Wessel, below, ¶ 2. Earlier that same morning, counsel for Defendants Governor Newsom, et al. (State Defendants) was alerted to the fact that it appeared that Plaintiffs had filed two separate cases in quick succession (based on the case numbers), and then promptly dismissed the earliest-filed case *after* judicial assignments had been made in both cases. Decl. D. Wessel, below, ¶¶ 2-5.

The original complaint in *Brach, et al., v. Newsom, et al.*, No. 2:20-CV-06469 (C.D. Cal. Jul. 21, 2020), is identical to the original complaint in the present case. Decl. D. Wessel, below, ¶ 3. Both complaints were filed on July 21, 2020. *Id.*, at ¶¶ 3-4. Judicial assignments were made in both cases on July 22, 2020. *Id.*, at ¶ 5. The very next day, on July 23, 2020, Plaintiffs filed their request for dismissal of the earlier-filed case assigned to be heard by Judge Consuelo B. Marshall. *Id.*, at ¶ 6. C.D. Cal. L.R. 83-1.3.1 obligated Plaintiffs and their counsel to file a Notice of Related Cases.[1] They did not do so.

While the earlier-filed case is identical to the original complaint filed in this case, the State Defendants nonetheless believe that judicial economy is best served by this case remaining before the Honorable Stephen V. Wilson. The public interest is also best served by this case remaining with the Honorable Stephen V. Wilson, in light of the current advanced stage of the proceedings, as well as the importance and complexity of the issues presented.

---

[1] By filing two identical complaints in short succession and then, immediately after learning of the judicial assignment in both cases, dismissing one case, Plaintiffs appear to have attempted to circumvent C.D. Cal. L.R. 83-1.2.1, which precludes the improper dismissal and later refiling of the same action to obtain a different judge.

1 | Because a judicial reassignment at this time would likely result in a delay of a
2 | decision on the consequential question of whether a preliminary and/or permanent
3 | injunction should issue, the State Defendants believe that the interests of justice are
4 | best served by this case remaining with the Honorable Steven V. Wilson for a
5 | decision on the currently submitted matter.

7 | Dated: August 27, 2020                     Respectfully submitted,

8 | XAVIER BECERRA
   | Attorney General of California
9 | JENNIFER G. PERKELL
   | Supervising Deputy Attorney General

12 | /s Darin L. Wessel
   | DARIN L. WESSEL
   | JENNIFER A. BUNSHOFT
13 | Deputy Attorneys General
   | *Attorneys for Defendants*

15 | SF2020400794
   | State Defendants Response to Notice of Related Case

## DECLARATION OF DARIN L. WESSEL

I, Darin L. Wessel, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Deputy Attorney General with the California Office of the Attorney General. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On the morning of August 25, 2020, I received an email from attorney Martin Anderson, who indicated he has been following this case. He alerted me to the fact that plaintiffs filed what appeared to be an identical action – Brach, et al., v. Newsom, et al., No. 2:20-CV-06469 (C.D. Cal. Jul. 21, 2020). Shortly thereafter, on the afternoon of August 25, 2020, I received ECF notice that proposed Amicus Curae Educators for Safe School Opening filed a Notice of Related Case, alerting the Court the existence of that same earlier filed case. ECF No. 53.

3. On the morning of August 26, 2020, I obtained a copy of the Complaint filed in Brach, et al., v. Newsom, et al., No. 2:20-CV-06469 (C.D. Cal. Jul. 21, 2020). The Complaint was filed on July 21, 2020. A brief comparison of the two complaints indicates that the original complaints filed in both cases are identical.

4. In the present case, Plaintiffs' Complaint was also filed on July 21, 2020. ECF No. 1. The Court issued the Notice of Assignment to Judge Pregerson on July 22, 2020. ECF No. 4.

5. I also reviewed the docket for Brach, et al., v. Newsom, et al., No. 2:20-CV-06469. A notice of case assignment to Judge Consuelo B. Marshall was issued on July 22, 2020. ECF No. 2 in No. 2:20-CV-06469. A notice of case assignment to Judge Dean Pregerson was also issued in the present case on July 22, 2020. ECF No. 4.

///

6. On July 23, 2020, Plaintiffs filed a request for dismissal of the complaint in Brach, et al., v. Newsom, et al., No. 2:20-CV-06469. ECF No. 4 in No. 2:20-CV-06469.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of August, 2020, at El Cajon, California.

/s Darin L. Wessel
Darin L. Wessel

SF2020400794
Declaration of Darin L. Wessel Request for Judicial Notice in Support of Opposition to TRO 2