UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Matthew Brach et al | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:20-cv-06472 SVW(AFMx) |
| Gavin Newsom et at | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____          _____
Date                                              United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Case No. 20-6469 was dismissed at the request of Plaintiffs. Therefore, there is no risk of substantial duplication of labor if the cases are heard by different judges.

August 31, 2020                    _[signature]_
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:20-cv-06469 CBM(PDx)   and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [ ] *Previous Judge*     [ ] *Statistics Clerk*