IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW BRACH, an individual, et al.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California, et al,**<br><br>　　　　　　　　　Defendants. | Case No. 2:20cv06472 SVW (AFMx)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Courtroom:　10A<br>Judge:　　　The Honorable Stephen V. Wilson<br>Trial Date:　Not Assigned<br>Action Filed: 7/21/2020 |

　　Pursuant to the Parties' Stipulation and for good cause, it is hereby ORDERED that the deadline for Defendants to file their responsive pleading is extended until 30 days after the Court has issued an order on its *sua sponte* consideration of summary judgment (Dkt. 60) and on Plaintiffs' Motion for Preliminary Injunction (Dkt. 55), assuming Defendants' obligation to file a responsive pleading has not been obviated.

Dated:  September 29, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　United States District Judge