| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 14 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATTHEW BRACH, an individual; et al.,

    Plaintiffs-Appellants,

 v.

GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,

    Defendants-Appellees.

No. 20-56291

D.C. No. 2:20-cv-06472-SVW-AFM
Central District of California, Los Angeles

ORDER

Before: WARDLAW and MILLER, Circuit Judges.

    The request for expedited calendaring of this appeal (Docket Entry No. 4) is granted.

    The Clerk will place this appeal on the calendar for March 2021.  *See* 9th Cir. Gen. Order 3.3(g).

AC/MOATT